JAMES COLEMAN, PETITIONER-PETITIONER, v. HUDSON IRON & METAL COMPANY, RESPONDENT-RESPONDENT

*Mr. Joseph Butt* for the petitioner.

*Messrs. O'Brien, Brett & O'Brien* for the respondent.

September 20, 1954.   Denied.

TERMINAL CONSTRUCTION CORPORATION, PLAINTIFF-PETITIONER, v. BERGEN COUNTY HACKENSACK RIVER SANITARY SEWER DISTRICT AUTHORITY, DEFENDANT-RESPONDENT.

*Messrs. Heller & Laiks* for the petitioner.

*Mr. Walter H. Jones* for the respondent.

September 27, 1954.   Granted.